PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Daniel J. Fox                                   Cr.: 09-00467
                                                                   PACTS #: 44918

Name of Sentencing Judicial Officer:  Honorable Joseph A. Greenaway, Jr.
                                       United States District Judge

Date of Original Sentence: 01/25/10

Original Offense: Making False Statements to the Department of Housing and Urban Development

Original Sentence: Imprisonment - 6 months; Supervised Release - 2 years; Restitution - $603,074.40; Special Assessment - $100

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/21/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'The defendant shall make restitution in the amount of $603,074.40. The Court will waive the interest requirement in this case. The restitution is due immediately. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $25.00, to commence 30 days after release from confinement.' |
| | The offender was ordered to pay restitution in the amount of $603,074.40. As of October 9, 2012, the offender has paid $675 toward the restitution, and a balance of $602,339.40 remains outstanding. |

U.S. Probation Officer Action: In view of his compliance with the conditions of supervision, we respectfully request that supervision terminate as scheduled on October 20, 2012. The offender will be required to continue to make monthly payments to the Financial Litigation Unit of the United States Attorney's Office upon termination of supervision.

Respectfully submitted,

By: Damary Bonilla
    U.S. Probation Officer
Date: 10/09/12

PROB 12A - Page 2
Daniel Fox

**The Court directs that the following action be taken:**

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Summons

[ ] Submit a Request for Warrant

[ ] Other

[✓] The Court orders that collection efforts be turned over to FLU, and that the term of supervision be allowed to expire as scheduled on October 20, 2012.

_____
Signature of Judicial Officer

October 11, 2012
Date